HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHAD BEARDSLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD BEARDSLEY,<br><br>Defendant. | Case No. 6:18-mj-00013<br><br>**MOTION TO VACATE JANUARY 29, 2019 REVIEW HEARING; ORDER** |

Defendant Chad Beardsley hereby requests that the Court vacate the January 29, 2019 review hearing. The Government is in agreement with the request.

On February 27, 2018, pursuant to a deferred entry of judgment, the Court sentenced Mr. Beardsley to 12 months of probation with the conditions that he attend NA meetings once per week for 8 months, obey all laws, and report all law enforcement contact within 7 days. Additionally, the Court ordered Mr. Beardsley to pay a fine of $1,000.00.

Mr. Beardsley has attended all NA meetings, has not had any new law violations, and has paid his fine in full.

The parties agree that Mr. Beardsley is in compliance with the terms of his probation. Accordingly, the parties request that the Court vacate the January 29, 2019 review hearing.

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 24, 2019

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
CHAD BEARDSLEY

# **O R D E R**

Pursuant to the parties' request, the court vacates the January 29, 2019 review hearing for Case No. 6:18-mj-00013.

IT IS SO ORDERED.

Dated: __January 24, 2019__

_____
UNITED STATES MAGISTRATE JUDGE